IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JANET APONTE-GARCIA,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>NORTH JANITORIAL SERVICES, INC.<br>d/b/a ANTILLES CLEANING, et al.,<br><br>　　　　Defendants | CIVIL NO. 07-1824 (JP)<br><br>**UNDER SEAL** |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF JANET APONTE-GARCIA** to have and recover from Defendants the amount of **EIGHTEEN THOUSAND DOLLARS** ($18,000.00), to be divided as follows:

　　A.　A check for FOURTEEN THOUSAND DOLLARS ($14,000.00) shall be written to Plaintiff Janet Aponte-García;

　　B.　A check for THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00) shall be written to Héctor E. Pedrosa-Luna, Esq., for attorneys' fees;

　　C.　A check for FIVE HUNDRED DOLLARS ($500.00) shall be written to Héctor E. Pedrosa-Luna, Esq., for costs.

This Judgment **SHALL** be paid within ten working days of this date.

CIVIL NO. 08-1824 (JP)             -2-

    This Judgment is a release from all causes of action exercised in the complaint and all causes of action that could follow or emanate from the facts stated therein.

    This Judgment dismisses the complaint **WITH PREJUDICE.**

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 15th day of May, 2008.

                                                  s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE

**AS AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| s/Héctor E. Pedrosa-Luna | s/Juan M. Frontera-Suau |
| HECTOR E. PEDROSA-LUNA, ESQ.<br>Hilerio & Pedrosa, PSC | JUAN M. FRONTERA-SUAU, ESQ.<br>Frontera-Suau Law Office |